NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AYESHA R. HILL,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-712
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Ayesha R. Hill, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, MORRIS, and ATKINSON, JJ., Concur.